UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Kovalsky,

                    Petitioner,                    **ORDER**

      -against-                                  21 Civ. 602 (NSR) (AEK)

Lilley,

                    Respondent.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

    Petitioner filed a motion for discovery on May 27, 2021.  ECF No. 17.  Respondent's response was due on Thursday, June 10, 2021, but to date no response has been filed.

Accordingly, Respondent is directed to submit a response to Petitioner's motion by **Tuesday, June 22, 2021.**

Dated: June 15, 2021
       White Plains, New York

                                  **SO ORDERED.**

                                ANDREW E. KRAUSE
                                United States Magistrate Judge